LEWIS E. SHIVER, *Plaintiff in Error,* v. TOSOHATCHEE RANCH COMPANY, A CORPORATION, *Defendant in Error.*

Opinion Filed July 2, 1920.

A Writ of Error to the Circuit Court for Osceola County; James W. Perkins, Judge.

*Jones* & *Jones,* for Plaintiff in Error;

*Robinson* & *Beardall,* for Defendant in Error.

PER CURIAM.—In an action on a promissory note pleas setting up a novation of which the plaintiff had notice and other defenses were overruled on demurrer and judgment for the plaintiff rendered.

On writ of error it appears that a defense may be proven under the pleas and that the judgment should be, and is, reversed.

BROWNE, C. J., AND TAYLOR, WHITFIELD, ELLIS AND WEST, J. J., concur.